IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIS D. RISENER and LACRISTA A. BAGLEY, FORMERLY LACRISTA A. RISENER,<br><br>    Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP<br><br>    Defendants. | Case No. CIV-10-1110-R<br>The Honorable David L. Russell |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Chris D. Risener and Lacrista A. Bagley, and Defendant Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered case, and all claims asserted therein, with prejudice to the refiling thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully Submitted,

s/ Gregg R. Renegar
Gregg R. Renegar, OBA #7500
Joan A. Renegar, OBA #7501
**KORNFELD FRANKLIN RENEGAR & RANDALL**
The Renegar Building
2964 Via Esperanza
Edmond, OK 73013
Telephone: (405) 285-8118
Facsimile:  (405) 285-8119
E-mail: grenegar@lawyer.com
E-Mail: jrenegar@lawyer.com

And

Philip A. Hurtt
**BRANCH & HURTT, PC**
1525 SW 89th Street
Oklahoma City, OK 73159
Telephone: (405) 634-7600
Facsimile:  (405) 634-9306
E-mail: oklaw@coxinet.net

***ATTORNEYS FOR PLAINTIFFS
CHRIS D. RISENER AND
LACRISTA A. BAGLEY***

s/ Phillip G. Whaley
Phillip G. Whaley, OBA #13371
Patrick M. Ryan, OBA #7864
**RYAN WHALEY COLDIRON
& SHANDY PLLC**
900 Robinson Renaissance
119 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 239-6040
Facsimile:  (405) 239-6766
E-Mail:  pwhaley@ryanwhaley.com
E-Mail:  pryan@ryanwhaley.com

And

Steven R. Smith
Matthew M. Petersen
**BRYAN CAVE, LLP**
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Facsimile:  (312) 602-5050

***ATTORNEYS FOR DEFENDANT
BANK OF AMERICA, N.A., as successor
by merger to BAC HOME LOANS
SERVICING, LP***

2